UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN COOK, | ) | Case No.: 1:22 CV 1535 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID BOSS, *et al.*, | ) | |
| | ) | |
| Defendants | ) | JUDGMENT ENTRY |

The court, having granted Defendant City of Cleveland's Motion for Summary Judgment (ECF No. 39) with respect to Plaintiff's federal claims in a separate Order on this same date, hereby enters judgment in favor of Defendant City of Cleveland and against Plaintiff.

IT IS SO ORDERED.

*/s/ SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

March 30, 2024