UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN COOK, | ) | Case No.: 1:22 CV 1535 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID BOSS, *et al.*, | ) | |
| | ) | |
| Defendants | ) | ORDER OF REMAND |

The court, having granted Defendant City of Cleveland and Defendants City of Lyndhurst, David Boss, Kelly Vasas, Jonathon Romanin, and Justin Blatnick's Motions for Summary Judgment with respect to Plaintiff's federal claims in a separate Order on this same date, hereby remands Plaintiff's state-law claims to the court from which this case was removed, the Cuyahoga County Court of Common Pleas. *See* 28 U.S.C. § 1367(c)(3).

IT IS SO ORDERED.

                                                                                  */s/ SOLOMON OLIVER, JR.*
                                                                                   UNITED STATES DISTRICT JUDGE

March 30, 2024